IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>KATHLEEN ROUSH,<br><br>              Defendant. | 8:05CR223<br><br>ORDER TO RELEASE GARNISHMENT |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Alegent Health System, 12809 West Dodge Road, Omaha, NE 68154,

IT IS HEREBY ORDERED that the garnishment against Alegent Health System, is released.

DATED this 27th day of November, 2012.

BY THE COURT:

*Richard G. Kopf*
U.S. DISTRICT COURT JUDGE